WILLIAMS, Respondent, *vs.* THE STEAMBOAT MORRISETT, Appellant.

1. In a suit against a boat begun before a justice, a statement in the account filed that the demand is for services as " deck hand" sufficiently shows that it is a lien.

*Appeal from St. Louis Law Commissioner's Court.*

*Marshall, Burke & Glover* for appellant.
*J. B. Thompson*, for respondent.

RYLAND, Judge. This case is similar to the case of *Jones* vs. the same boat. The difference is, that the work charged in this case was done by plaintiff as a " deck hand," and not as a " fireman." The same principles will govern this as that of *Jones* v. *Steamboat Morrisett.* That opinion is referred to. The judgment below is affirmed; the other judges concurring.